FILED
CLERK, U.S. DISTRICT COURT

DEC - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>HAROLD GHAEMMAGHAMI<br><br>　　　　　　　　　Defendant. | CASE NO. CR 96-229-~~RMT~~ ABC<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143 (a)] |

I.

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Cen Dist Caz for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____ Prior Alleg. FTA _____

1
2  _____
3  _____
4              and/or
5  B.   (✓)   The defendant has not met his/her burden of establishing by clear and
6        convincing evidence that he/she is not likely to pose a danger to the safety of
7        any other person or the community if released under 18 U.S.C. § 3142(b) or
8        (c).  This finding is based on _____
9        _____ Violation Conduct _____
10       _____
11       _____
12       _____
13
14       IT IS THEREFORE ORDERED that the defendant be detained pending
15       further revocation proceedings.
16
17
18  Dated:  12/1/11
19
20                                          /s/ MW
21
22                                          MICHAEL R. WILNER
                                            UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28